FILED
2019 Jul-03  PM 05:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# A

DOCUMENT 1

ELECTRONICALLY FILED
5/28/2019 2:10 PM
31-CV-2019-900440.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Cas<br>31<br><br>Date of Filing:<br>05/28/2019   Judge Code: |
|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
### SONTONIA TARCEILLA STEPHENS v. EMANUEL JOSEPH EDWARDS ET AL

**First Plaintiff:** ☐ Business  ☑ Individual  **First Defendant:** ☐ Business  ☑ Individual
☐ Government  ☐ Other   ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
☑ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/
Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/
Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ EPFA - Elder Protection From Abuse
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING   A ☐ APPEAL FROM   O ☐ OTHER
DISTRICT COURT

R ☐ REMANDED   T ☐ TRANSFERRED FROM
OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO   Note: Checking "Yes" does not constitute a demand for a
jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
ROG029   5/28/2019 2:10:29 PM   /s/ BARBARA NEAL ROGERS
Date   Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☐ NO ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☑ NO

ELECTRONICALLY FILED
5/28/2019 2:10 PM
31-CV-2019-900440.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

DOCUMENT 2

TONIA STEPHENS,                          *       IN THE CIRCUIT COURT OF
    Plaintiff,                             *
                                           *       ETOWAH COUNTY, ALABAMA
                                           *
                                           *       CASE NO. CV 2019-_____
                                           *
EMANUEL JOSEPH EDWARDS, M & T  *
CARRIERS, STATE FARM              *
INSURANCE COMPANY AND
PERSONS, FIRMS,  INDIVIDUALS,        *
CORPORATIONS, ENTITIES, WHO        *
OWNED THE VEHICLE OPERATED        *
BY EMANUEL JOSEPH EDWARDS,        *
    Defendant.

## COMPLAINT

### COUNT I

1.      On October 12, 2018, Defendant, **M&T CARRIERS** was the owner of a certain vehicle involved in an accident to which reference is herein made.

2.      On said date, at about 7:26 a.m., Defendant, **M&T CARRIERS'S** motor vehicle was being operated by Defendant, **EMANUEL JOSEPH EDWARDS**.

3.      On said date and time, the motor vehicle driven by Defendant, **EMANUEL JOSEPH EDWARDS**, was being  operated on W. Meighan Blvd and N 3rd Street, a public street in the city of Gadsden and in Etowah County, in the State of Alabama.  Defendant **EMANUEL JOSEPH EDWARDS** operated said vehicle in a wanton, careless, reckless and negligent manner causing the vehicle he was operating to come into a violent collision with the vehicle driven by the Plaintiff which was stopped at the intersection of 3rd and W. Meighan Blvd.

4.      As a direct and proximate result of the wantonness and negligence of the Defendant, **EMANUEL JOSEPH EDWARDS**, the Plaintiff was caused to suffer the following injuries:

    a.      She was caused to suffer an injury to her back and neck,
    b.      She was caused to suffer severe pain and mental anguish;
    c.      She has been caused to incur medical expenses;
    d.      She has been caused to suffer loss of wages and loss of enjoyment of life.
    e.      She will be caused to suffer future pain and mental anguish,
    f.      She will be caused to suffer future loss of wages and loss of enjoyment of life,
    g.      She will be caused to incur future medical expenses,
    h.      She may have to undergo surgery,

    **WHEREFORE, THE PREMISES CONSIDERED,** Plaintiff demands Judgment against the Defendant **EMANUEL JOSEPH EDWARDS** for compensatory and punitive damages severally and/or individually with all named defendants.

**DOCUMENT 2**

**COUNT II**

1.      Plaintiff re-alleges the averments of paragraphs 1, 2, 3 and 4 of Count One of this Complaint as if set out in full here.

2.      Defendant **M&T CARRIERS**. was the registered owner of the motor vehicle driven by Defendant, **EMANUEL JOSEPH EDWARDS** at the time of the collision.  Defendant, **EMANUEL JOSEPH EDWARDS** was at the time and place of the collision acting as the agent of **M&T CARRIERS,** in furtherance of Defendants' joint interest.

   **WHEREFORE, THE PREMISES CONSIDERED,** Plaintiff demands Judgment against the Defendants **M&T CARRIERS** for compensatory and punitive severally and/or individually with all named defendants.
.

**COUNT III**

1.      Plaintiff re-alleges the averments of paragraphs 1, 2, 3, and 4 of Count I and paragraphs 1 and 2 of Count II of this Complaint as if set out in full here.

2.      Defendant, **STATE FARM INSURANCE COMPANY,** was the insurance carrier for the Plaintiff, **SONTONIA STEPHENS and was the insurer of the vehicle driven by their insured, SONTONIA STEPHENS, which was involved in said accident.**  At the time of the accident, Defendant, **STATE FARM INSURANCE COMPANY** insured said Plaintiff for uninsured/underinsured coverage.

   **WHEREFORE, THE PREMISES CONSIDERED,** Plaintiff demands Judgment against the Defendant, **STATE FARM INSURANCE COMPANY** for compensatory and punitive severally and/or individually with all named defendants.

**COUNT IV**

1.      Plaintiff re-alleges the averments of paragraphs 1, 2, 3, and 4 of Count I and paragraphs 1 and 2 of Count II of this Complaint as if set out in full here.

2.      Defendants, **A, B, C, THE THE PERSONS, FIRMS, INDIVIDUALS, CORPORATIONS, ENTITIES, WHO OWNED THE VEHICLE OPERATED BY EMANUEL JOSEPH EDWARD.**

   **WHEREFORE, THE PREMISES CONSIDERED,** Plaintiffs demand Judgment against Defendants  **A, B, C, THE THE PERSONS, FIRMS, INDIVIDUALS, CORPORATIONS, ENTITIES, WHO OWNED THE VEHICLE OPERATED BY EMANUEL JOSEPH EDWARDS** for compensatory and punitive damages  severally and/or individually with all named defendants.

Submitted this the 28TH day of May, 2019.

                                           Respectfully submitted,

                                     BY: /s/ Barbara Rogers
                                        Barbara Rogers[ROGO29]
                                        Attorney for Plaintiff
                                        PO Box 71358
                                        Tuscaloosa, Alabama 35401
                                        (205) 759-4090
                                        brogerslaw@aol.com

DOCUMENT 2

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>31-CV-2019-900440.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
### SONTONIA TARCEILLA STEPHENS V. EMANUEL JOSEPH EDWARDS ET AL

**NOTICE TO:** EMANUEL JOSEPH EDWARDS, 221 N. JACKSON AVENUE, WINSTON SALEM, NC 27101

(Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
BARBARA NEAL ROGERS

[Name(s) of Attorney(s)]

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 71358, TUSCALOOSA, AL 35407

[Address(es) of Plaintiff(s) or Attorney(s)]

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of SONTONIA TARCEILLA STEPHENS
pursuant to the Alabama Rules of the Civil Procedure.

[Name(s)]

| 5/28/2019 2:11:49 PM | /s/ CASSANDRA JOHNSON | By: |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

☑ Certified Mail is hereby requested.      /s/ BARBARA NEAL ROGERS

(Plaintiff's/Attorney's Signature)

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

(Date)

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

(Name of Person Served)                    (Name of County)

Alabama on _____.

(Date)

| _____ | _____ | _____ |
|---|---|---|
| (Type of Process Server) | (Server's Signature) | (Address of Server) |
| | _____ | _____ |
| | (Server's Printed Name) | (Phone Number of Server) |

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>31-CV-2019-900440.00 |
| --- | --- | --- |

### IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
### SONTONIA TARCEILLA STEPHENS V. EMANUEL JOSEPH EDWARDS ET AL

**NOTICE TO:** M&T CARRIERS; C/O DAVIS MCDONALD, AGENT, 440 WEST MARKET STREET SUITE 300, GREENSBORO, NC 27401

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
BARBARA NEAL ROGERS

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 71358, TUSCALOOSA, AL 35407

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of SONTONIA TARCEILLA STEPHENS
pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 5/28/2019 2:11:49 PM | /s/ CASSANDRA JOHNSON | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.        /s/ BARBARA NEAL ROGERS

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*      *(Name of County)*

Alabama on _____.

*(Date)*

_____          *(Address of Server)*

*(Type of Process Server)*          *(Server's Signature)*

_____

*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>31-CV-2019-900440.00 |
| --- | --- | --- |

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
## SONTONIA TARCEILLA STEPHENS V. EMANUEL JOSEPH EDWARDS ET AL

**NOTICE TO:** STATE FARM INS C/O CORPORATION SERVICE COMPANY. I, 641 SOUTH LAWRENCE STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
BARBARA NEAL ROGERS,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 71358, TUSCALOOSA, AL 35407.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of SONTONIA TARCEILLA STEPHENS pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 5/28/2019 2:11:49 PM | /s/ CASSANDRA JOHNSON | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.  /s/ BARBARA NEAL ROGERS

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*  *(Name of County)*

Alabama on _____.

*(Date)*

_____

*(Type of Process Server)*  *(Server's Signature)*  *(Address of Server)*

_____

*(Server's Printed Name)*  *(Phone Number of Server)*



# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY
### CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
SONTONIA TARCEILLA STEPHENS V. EMANUEL JOSEPH EDWARDS ET AL

31-CV-2019-900440.00

To: CLERK ETOWAH
   clerk.etowah@alacourt.gov


TOTAL POSTAGE PAID: $20.85

Parties to be served by Certified Mail - Return Receipt Requested

EMANUEL JOSEPH EDWARDS                              Postage: $6.95
221 N. JACKSON AVENUE
WINSTON SALEM, NC 27101


M&T CARRIERS; C/O DAVIS MCDONALD, AGENT            Postage: $6.95
440 WEST MARKET STREET
SUITE 300
GREENSBORO, NC 27401


STATE FARM INS C/O CORPORATION SERVICE COMPANY. I   Postage: $6.95
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL 36104


Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested


Parties to be served by First Class Mail

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To  *Emanuel J. Edwards*
Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047       See Reverse for Instructions

7019 0700 0000 5998 8557

Postmark
Here

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To  *M&T Carriers*
Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047       See Reverse for Instructions

7019 0700 0000 5998 8564

Postmark
Here

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$  *State Farm*
Sent To
Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047       See Reverse for Instructions

7019 0700 0000 5998 8571

Postmark
Here

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

M&T CARRIERS
C/O DAVIS MCDONALD AGEN
440 WEST MARKET ST
STE 300
GREENSBORO NC 27401
CV19-900440 CDR
D002

FILED
JUN 03 2019

9590 9402 4395 8248 7571 83

2. Article Number (Transfer from service label)

7019 0700 0000 5998 8564

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Stephanie Johnson
☑ Agent
☐ Addressee

B. Received by (Printed Name)
Stephanie Johnson

C. Date of Delivery
6/3/19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt



USPS TRACKING #

9590 9402 4395 8248 7571 83

United States
Postal Service



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

CASSANDRA "SAM" JOHNSON

ETOWAH COUNTY CIRCUIT CLERK

801 FORREST AVE • SUITE 202

GADSDEN, ALABAMA 35901



AlaFile E-Notice

31-CV-2019-900440.00

Judge: CODY D. ROBINSON

To:   ROGERS BARBARA NEAL
       brogerslaw@aol.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

SONTONIA TARCEILLA STEPHENS V. EMANUEL JOSEPH EDWARDS ET AL
31-CV-2019-900440.00

The following matter was served on 6/3/2019

**D002 M&T CARRIERS; C/O DAVIS MCDONALD, AGENT**
**Corresponding To**
AUTHORIZED SERVICE

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

STATE FARM INS
C/O CORP SERVICE COMPANY
641 SOUTH LAWRENCE ST
MONTGOMERY AL 36104
CV19-900440 CDR
D003

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☑ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
6-5-19

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

JUN 10 2019



9590 9402 4395 8248 7571 76

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ Mail
☐ ___ Mail Restricted Delivery
   (over $___)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7019 0700 0000 5998 8571

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

## USPS TRACKING #



9590 9402 4395 8248 7571 76



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

● Sender: Please print your name, address, and ZIP+4® in this box●

CASSANDRA "SAM" JOHNSON
ETOWAH COUNTY CIRCUIT CLERK
801 FORREST AVE · SUITE 202
GADSDEN, ALABAMA 35901





AlaFile E-Notice

31-CV-2019-900440.00

Judge: CODY D. ROBINSON

To:  ROGERS BARBARA NEAL
     brogerslaw@aol.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

SONTONIA TARCEILLA STEPHENS V. EMANUEL JOSEPH EDWARDS ET AL
31-CV-2019-900440.00

The following matter was served on 6/5/2019

**D003 STATE FARM INS C/O CORPORATION SERVICE COMPANY. I**
**Corresponding To**
AUTHORIZED SERVICE

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

*Cassandra "Sam" Johnson*
Etowah County Circuit Clerk
801 Forrest Ave.
Suite 202
Gadsden, AL. 35904

**CERTIFIED MAIL**



7019 0700 0000 5998 8557

To: EMANUEL JOSEPH EDWARDS
221 N. JACKSON AVENUE
WINSTON SALEM, NC, 27101

UNC
35901>3669
27101845294 C026

FILED

JUN 27 2019

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

NIXIE          2747 DE 1          0056/23/19

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 35901366952          *2839-01662-30-45

- 94009220801742060



AlaFile E-Notice

31-CV-2019-900440.00

Judge: CODY D. ROBINSON

To:   ROGERS BARBARA NEAL
      brogerslaw@aol.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

SONTONIA TARCEILLA STEPHENS V. EMANUEL JOSEPH EDWARDS ET AL
31-CV-2019-900440.00

The following matter was not served on 6/23/2019

**D001 EDWARDS EMANUEL JOSEPH**

**Corresponding To**

UNCLAIMED CERT MAIL

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

ELECTRONICALLY FILED
6/28/2019 4:31 PM
31-CV-2019-900440.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

DOCUMENT 12

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

SONTONIA STEPHENS,                          *
                                            *
      Plaintiff,                    *
                                            *
v.                                          *       CASE NO.:  CV-2019-900440
                                            *
EMANUEL JOSEPH EDWARDS, M & T  *
CARRIERS, STATE FARM INSURANCE  *
COMPANY, et al.,                            *
                                            *
      Defendants.                   *

## ANSWER

Comes now the defendant, State Farm Mutual Automobile Insurance Company, improperly named as State Farm Insurance Company in the above styled cause and for answer to the complaint of the plaintiff, says as follows:

1.     This defendant pleads not guilty.

2.     This defendant denies each and every allegation in the plaintiff's complaint and demands strict proof thereof.

3.     The plaintiff's complaint fails to state a cause of action upon which relief can be granted.

4.     This defendant contests the extent of the alleged injuries to the plaintiff and demands strict proof thereof.

5.     This defendant asserts that it is entitled to a setoff or credit or any and all settlement amounts paid by any party or potential party to this litigation, whether or not named herein and does hereby claim such setoff or credit.

6.     This defendant asserts ALA CODE § 12-21-45 (1975) and would show that the plaintiffs claims of damages for medical expenses and/or hospital expenses have been, or which will

be reimbursed or paid, in part or in full.

7.  This defendant asserts the plaintiffs failed to mitigate her alleged damages.

8.  This defendant denies guilt of any act or omission which was the proximate cause of the accident and plaintiff's injuries.

9.  The accident which is the basis of this action was an unavoidable accident or sudden emergency for which this defendant is not liable.

10.  This defendant denies guilt of wanton conduct as alleged by the plaintiff.

11.  This defendant denies any acts of omission or commission which give rise to plaintiff's recovery of punitive damages in this case, but should a judge or jury award punitive damages, in a verdict of more than the amount allowable under ALA. CODE § 6-11-21 (1975), it is void as the proximate result of § 6-11-21 of the ALA CODE (1975).

12.  Plaintiff's claims to punitive damages, and the provisions of Alabama law governing the right to recover punitive damages or the determination of the amount of punitive damages, violate the United States Constitution and/or the common law and/or the public policies of the United States on the following grounds:

a.  It is a violation of the Due Process and Equal Protection Clauses of the Fourteenth Amendment of the United States Constitution to impose punitive damages, which are penal in nature, against a civil defendant, upon the plaintiff satisfying a burden of proof which is less than the "beyond a reasonable doubt" standard required in criminal cases.

b.  The procedures pursuant to which punitive damages are awarded fail to provide a reasonable limit on the amount of a punitive award against a defendant, which violates defendants rights to due process as guaranteed by the United States Constitution.

c.  The procedure pursuant to which punitive damages are awarded fail to

DOCUMENT 12

provide specific standards for the award of punitive damages, which violates the Due Process Clause of the Fourteenth Amendment of the United States Constitution.

      d.     The procedures pursuant to which punitive damages are awarded result in the imposition of different penalties for the same or similar acts, and thus, violates the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution and the defendant's due process rights.

      e.     Plaintiff's claim for punitive damages against this defendant cannot be sustained because an award of punitive damages under Alabama law subject to no predetermined limit, such as a maximum multiple of compensatory damages or a maximum amount, on the amount of punitive damages that a jury may impose, including an amount possibly in excess of the amount authorized by the Alabama Criminal Code for the same or similar conduct, and providing no protection against awards of punitive damages for the same course of conduct, will violate this defendant's due process and equal protection rights as guaranteed by the Fifth, Eighth and Fourteenth Amendments to the United States Constitution.

      f.     The procedures pursuant to which punitive damages are awarded permit the imposition of excessive fines in violation of the Eighth Amendment of the United States Constitution and in violation of the defendant's due process rights.

      g.     Plaintiff's claims for punitive damages against this defendant cannot be sustained because any award of punitive damages under Alabama law would violate the defendant's due process rights in as much as juries are allowed to award punitive damages as they see fit or as a matter of "moral discretion" without adequate or specific standards as to the amount necessary to punish and deter and without a necessary relationship to the

DOCUMENT 12

amount of actual harm caused.

h.       Plaintiff's claims of punitive damages, and the provisions of Alabama law governing the right to recover punitive damages or to the determination of punitive damages are unconstitutionally vague, indefinite and uncertain, and they deprive this defendant of due process of law.

i.       Plaintiff's claims of punitive damages, and the provisions of Alabama law governing the right to recover punitive damages or the determination of punitive damages cause this defendant to be treated differently from other similarly situated persons/entities by subjecting this defendant to liability beyond the actual loss, if any, caused by defendant's conduct, if any, and to liability determined without clearly defined principles, standards and limits on the amount of such awards.

j.       Plaintiff's claims of punitive damages, and the provisions of Alabama law governing the right to recover punitive damages or the determination of punitive damages subject the defendants to punishment for the conduct of others through vicarious liability, respondent superior, or through non-apportionment of damages among joint tortfeasors based on the respective enormity of their alleged misconduct, in violation of defendant's due process rights and the Fifth and Fourteenth Amendments to the United States Constitution.

k.       Plaintiff's claims for punitive damages, and the provisions of Alabama law governing the right to recover punitive damages or the determination of punitive damages expose this defendant to the risk of indefinable, unlimited liability unrelated to the actual loss caused by defendant's conduct, creating a chilling effect on defendant's exercise of its right to a judicial resolution of this dispute.

l.       Plaintiff is not entitled to recover punitive damages because it violates the self

incrimination clause of the Fifth Amendment to the United States Constitution to impose against this defendant punitive damages, which are penal in nature, yet compel this defendant to disclose potentially incriminating documents and evidence.

m.     An award of punitive damages in this case would constitute a deprivation of property without due process of law.

n.     The procedures pursuant to which punitive damages are awarded are not rationally related to legitimate government interests.

o.     The procedures pursuant to which punitive damages are awarded subject to this defendant to punishment under a law not fully established before the alleged offense.

13.    This defendant has performed its duties as required under any insurance policy at issue.

14.    This defendant asserts that co-defendants Emanuel Joseph Edwards and M&T Carriers were not  uninsured or underinsured motorists as those terms are defined by the policy of State Farm Mutual Automobile Insurance Company or by the Code of Alabama.

15.    The policy of insurance issued to co-defendants Emanuel Joseph Edwards and M&T Carriers have limits high enough to compensate the plaintiff fully for all damages allegedly sustained as a result of the accident giving rise to this suit.

16.    This defendant pleads that the plaintiff has failed to satisfy all conditions necessary to obtain payment for uninsured/underinsured motorist coverage pursuant to the policy of insurance issued by this defendant.

17.    The plaintiff has failed in whole or in part to satisfy the contractual provisions of her policy which is a pre-requisite to recovery herein.

DOCUMENT 12

18.     This defendant pleads release and pro tanto release.

19.     The defendant pleads that its attorney has not yet had an opportunity to complete a full investigation into all of the facts and legal issues involved in this case. This defendant therefore hereby preserves and pleads the following defense in this case, subject to withdrawal by amendment or by pretrial order and after all legal and factual discovery has been concluded: improper venue, insufficiency of process, insufficiency of service of process, failure to join a party under Rule 19, *Alabama Rules of Civil Procedure*, lack of jurisdiction over the subject matter or person, accord and satisfaction, arbitration and award, matters claimed are required to be submitted to arbitration, assumption of risk, contributory negligence, discharge in bankruptcy, estoppel, failure of consideration, fraud, illegality, laches, license, payment, release, pro tanto release, res judicata, statute of frauds, statute of limitations, waiver, superceding and/or intervening efficient causes, lack of causal relation, lack of notice, failure to mitigate damages, claim of offset based on previous payments made to the plaintiff pursuant to contract or otherwise, subsequent negligence, last clear chance, sudden emergency, subsequent contributory negligence, lack of duty owed, unqualified or qualified immunity, mechanical failure, open and obvious danger, failure to state a legal claim, lack of legal capacity to be sued.

11.     The defendant adopts all applicable defenses pled by the co-defendant.

12.     The defendant reserves the right to amend this answer pending discovery of additional facts.

**DEFENDANT REQUESTS A TRIAL BY STRUCK JURY.**

_____

DOCUMENT 12

_____

GREGORY C. MORGAN (MOR176)
Attorney for the Defendant, State Farm Insurance
Company

OF COUNSEL:
GAINES, GAINES, P.C.
127 North Street
Talladega, AL 35160
(256) 362-2386 Telephone
(256) 362-2391 Facsimile
gregmorganlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of June, 2019, I electronically filed the foregoing with the Clerk of the Court using the Alafile system, which will send electronic notification of such filing and I hereby certify that I have mailed by United States Postal Service and/or electronic mail the following documents to any non-Alafile participant.

Barbara Rogers
Post Office Box 71358
Tuscaloosa, Alabama 35401
brogerslaw@aol.com

M&T Carriers
615 St. George Sq. Ct., Suite 363
Winston, Salem NC 27101

Emanuel Edwards
221 North Jackson Ave.
Winston Salem, NC 27101

Hon. Steve Marshall
Attorney General
P.O. Box 300152
Montgomery, AL   36130

_____
Of Counsel

DOCUMENT 12